# Order

Michigan Supreme Court
Lansing, Michigan

June 23, 2008

134865(89)(90)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

RED RIBBON PROPERTIES, L.L.C.,
     Plaintiff-Appellant,

v

BRIGHTON TOWNSHIP, LIVINGSTON
COUNTY DRAIN COMMISSION,
LIVINGSTON COUNTY ROAD
COMMISSION, LOT 255 GRAND RIVER
LAKE COLONY SUBDIVISION 3,
LOT 256 GRAND RIVER LAKE
COLONY SUBDIVISION 3, LOT 257
GRAND RIVER LAKE COLONY
SUBDIVISION 3, LOT 258 GRAND RIVER
LAKE COLONY SUBDIVISION 3, LOT 259
GRAND RIVER LAKE COLONY
SUBDIVISION 3, LOT 265 GRAND RIVER
LAKE COLONY SUBDIVISION 3, LOT 266
GRAND RIVER LAKE COLONY
SUBDIVISION 3, LOT 267 GRAND RIVER
LAKE COLONY SUBDIVISION 3, RAND
CONSTRUCTION ENG, LADEV #1 LLC,
TITUS & ASSOCIATES, LLC,
SOMMERWOOD CENTER, INC.,
RONALD M. KELLY, BRIAN LAVEY,
and JENNIFER MONASTER,
     Defendants,

and

ADLER ENTERPRISES COMPANY, LLC,
MSM MANAGEMENT, LLC, WANKO
INDUSTRIAL CENTER, LLC,
KRG-CITATION, LLC, SJS DEVELOPMENT
COMPANY, INC., and EDWARD H. AKIN,
     Defendants-Appellees,

and

SC: 134865
COA: 259563
Livingston CC: 02-019264-CH

DEPARTMENT OF TREASURY, LOT 260
GRAND RIVER LAKE COLONY SUBDIVISION
3, DEPARTMENT OF NATURAL RESOURCES,
 DEPARTMENT OF TRANSPORTATION,
STEVEN J. LAMANEN, and DIANE M.
LAMANEN,
        Defendants-Appellees.

_____/

On order of the Court, the motion for reconsideration of this Court's March 19, 2008 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.  The motion for oral argument is DENIED.

KELLY, J., would grant reconsideration and, on reconsideration, would grant leave to appeal.



I,  Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 23, 2008

Clerk

d0616